# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 27, 2018

Stephen J. Markman,
Chief Justice

155745

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

STEVIE HILL,
        Plaintiff-Appellee,

v

SC: 155745
COA: 330003
Genesee CC: 15-105363-NO

CITY OF FLINT,
        Defendant-Appellant.

_____/

      By order of October 31, 2017, the application for leave to appeal the March 28, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *Brown v Sault Ste Marie* (Docket No. 154851). On order of the Court, the case having been decided on May 4, 2018, ___ Mich ___ (2018), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0723

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 27, 2018



Clerk